United States District Court
Southern District of Texas
**ENTERED**
January 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA L. RIVAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-376 |
| | § | |
| TEXAN CREDIT CORPORATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER TO SHOW CAUSE

The parties have announced to the Court that all matters in dispute and controversy between them have been fully and finally compromised and settled. The parties further announced their desire to discontinue any further prosecution of this litigation and their intention to jointly request dismissal of this action. Therefore,

**IT IS HEREBY ORDERED** that the parties shall have until March 10, 2022, to file appropriate dismissal documents with this Court disposing of this matter. Should the parties fail to timely file such documents with this Court, the parties are **HEREBY ORDERED** to appear before this Honorable Court on the March 11, 2022, at 9:30 a.m. to show cause why they have failed to comply with this Order.

All current settings are hereby cancelled. All pending motions are denied without prejudice as mooted by the settlement announced in this cause.

SO ORDERED January 12, 2022, at McAllen, Texas.

Randy Crane
United States District Judge